

LEGAL MAIL
Provided to Florida State Prison on
12/5/18 for mailing by _____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

### CIVIL RIGHTS COMPLAINT FORM

SOVEREIG KING YAHWEH
-AS-
ANTHONY LIETURE MOORE
#898246

(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 3:18-cv-1457-J-39MCR
(To be supplied by Clerk's Office)

7TH AMENDMENT
DEMAND JURY TRIAL

v.

SECRETARY FLORIDA DEPARTM-
-ENT OF CORRECTIONS U.S.A.

SECRETARY JULIE L. JONES

WARDEN BARRY V. REDDISH

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT**: _____
(Indicate the name and location)

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:**

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

   Plaintiff(s): ANTHONY L. MOORE

   Defendant(s): WARDEN DAVID HARRIS

2. Court (if federal court, name the district; if state court, name the county): UNITED STATES DISTRICT SOUTHERN DISTRICT OF FLORIDA

3. Docket Number: 1:09-CV-22754 PAS

4. Name of judge: PATRICIA A. SEITZ - PATRICK A. WHITE

5. Briefly describe the facts and basis of the lawsuit: Excessive Use of force and Denial of Medical Treatment for a Serious Medical need

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): It is still pending and proceeding due to my Writ of Error for denying Access to Courts

7. Approximate filing date: September 9th or 14th 2009

8. Approximate disposition date: November 28th 2018

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: To answer your questions is not applicable due to prison officials here throwing all my legal work in the trash can on camera and Audio & www.flsd.uscourt.gov Patricia A. Seitz Order PK-505

IV. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: SOVEREIGN "YAHWEH" ANTHONY LIETURE MOORE

Mailing address: Florida State Prison P.O. Box 800 B-Wing Cell B1315 Raiford, Florida 32083

B. Additional Plaintiffs: _____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Secretary Julie L. Jones CEO ET AL

Mailing Address: 501 South Calhoun Street Tallahassee Florida 32399-2500

Position: SECRETARY JONES Successor, Gov. Rick Scott THE CAPITOL

Employed at: FLORIDA DEPARTMENT OF CORRECTIONS

D. Defendant: Regional Director Eric Hummel-N- John W. Palmer Asst. Director

Mailing Address: 7765 South Circle 231 Lake Butler Florida 32054

Position: John W. Palmer Ring BICO.Act Asst Regional Director

Employed at: Reception Medical Center

E. Defendant: WARDEN Barry V. Reddish, Jeffrey McClellan

Mailing Address: P.O. Box 800 32083   Phone 904-368-2500

(same) Colonel Christopher Jackowski, Major Michael Honour

Position: Captain H. Hall, Captain Blitz, Lt. Stephen Thompson

Employed at: Florida State Prison

F. Defendant: DEPARTMENT OF INSURANCE RISK MANAGEMENT DIVISION CEO ET AL JOHN or JANE DOES

Mailing Address: 400 SOUTH MONROE STREET Tallahassee Florida 32399-0300

Position: 

Employed at: The Capitol Plaza Level-01

G. Defendant: Centurion of Florida Medical Health Services Inc and MHM Services Inc

Mailing Address: 7700 Forsyth Blvd. St. Louis Mo 63105

CEO Lisa Denny (SPHR)(CCHP) Chief Health Administrator

Position: S. Alverez F.S.P. P.O. Box 800 Raiford Florida 32083

Employed at: 1593 Spring Hill Road Suite 600 Vienna Va 22182

H. Defendant: Officer Sgt Lavoi and Lt. T Knight

Mailing: P.O. Box 800 32083

I. Defendants DR. Rodriquez, Nurse P. Enochs, Nurse S. Johnson, Sgt. Homer Scott, Captain Ms. Wright, Colonel Smith, Mental health Counselor Anthony Darwin, or Dahlman, Chief Health Adm. S. Alverez, Mrs,

mailing address Florida State Prison P.O. Box 800 Raiford Florida 32083

Defendant

J. Govenor Rick Scott

mailing Address Office of the Govenor The Capitol Plaza Level-05 Tallahassee Fl, 32399

K. Attorney General Pamela Jo. Bondi Department of Legal Affairs The Capitol PL-01 Tallahassee Florida 32399-1050

L. Unknown Named F.B.I. Agents John or Jane Does

mailing Address 7820 Arlington Expressway Suite Jacksonville, Florida 32202

M. Almanac Inc. John and Jane Doe's CEO ET AL

mailing Address Unknown until discovery

N.

Page 4(a)

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Oregon Code 1930 §§ 14-3110-3112 and R.S. § 1980 petitions, 8 U.S.C. §§ 43, 47 (3) Cruel and Unusual Punishment, with reckless disregard, actual injury for denying access to the Courts, obstruction of justice, denying medical treatment for a serious medical need and misprison of Treason with Armed Kidnapping with Excessive Use of Force

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

I state that the Sovereign Writ of Prohibition grievance complaints is a casual connection of a ongoing wide-spread of Conspiracy of the R.I.C.O. Act of a chronology of events that is adverse collateral actions that has been directly related to my protected Conduct of being YAHWEH reincarnated awakening from my long lost dark sleep that has caused Florida State Prison Officials with Assistant Regional Director John W. Palmer the ringleader

Keeping me hostage, kidnapped behind Confinement Close Management steel doors after taking all of my legal work and Posting it on the market of Book and Things Warehouse Catalog Inc at Web site www.BNTW.com page 68 Prisoners Constitutional Rights that I have notified U.S. District Court Southern District of Florida at www.Flsd.us.courts.gov Patricia A. Seitz in case No 1:09-cv-22754-PAS Docket #505 court Order Entered Nov. 28th 2018 For grievance Log#18-6-46961, Log# 18-6-47770, Log# 18-6-49132 of assaults and all legal criminal, civil legal documents, books, Transcripts, Multiple grievances of Non-frivolous law suits that was Order by Ex-F.B.I. Agents and John W. Palmer, Almanac Inc, Medical Health Care Services Inc Camera and Audio Computerized System of Diagnostic (DMV) Recordings that caused Lt. Stephen Thompson and many Unknown named John & Jane Does on Monday February 26th 2018 to throw all my Property in the trash due to the Hate Crime Act Sexual harassment (PREA) Acts on me while using criminal convicts as Almanac Psychobabble Psychodrama 24/7 Verbal Antagonisms attacks while saying "Hair cut" on the Audio system to be defined in the F.B.I. Records Black Law Dictionary 10th Edition and many Almanac Cases that I have won and Robotics Computerized Warrior Patents that I created that is being held against and from me by Security.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

_____

in grievance Log#18-6-20420 showing material Facts of my explaining Prosecutorial Misconduct and Sovereign laws of the REDEMPTION MANUAL 4TH Edition that has violated all pages and chapters of Commerce and Commercial laws, Uniform Commercial Code laws and my Royal King laws in grievance Log#18-6-16232 attached where the Ex-President Donald Trump has been an known participant with all other government Officials and Public Servant with Sheriff Ric L. Bradshaw in Palm Beach County Jail whom I have Filed 15 County Jail grievance against Public Entities, Agencies and Chief F.B.I. Agent David B. Rogers who is in my Complaints of Sovereign Petitions Log# 18-6-22318 while under camera as the F.S.P. laundry officer Creamer on this day December 5th 2018 just slammed the cell door at Approximately 6:00 a.m. and 6:40 a.m. I notified officer Fowler on Audio of this aggravated assault of Excessive use of Force while Ex-F.B.I. Agents is watching on camera and audio Almanac Inc viewing while I am and have suffered my injuries to my right top hand that is bleeding for their personal Madness of Log#18-6-22318 that I have attached and Log#18-6-20948 against this Terrorist attack on me after receiving Court Order Docket#505 that I will prosecute Dockets 501, 502, 503, 504 in this Middle District of Florida to be provided For the Record upon Discovery for all Almanac audio's and camera's recordings while I was standing in this prison confinement cell naked this morning due to Sexual Predator Juvenille Sexual Offender John W. Palmer who I have repeatly filed the (PREA) Act Violation against him and many Sex Offenders behind the Camera's I am and shall prosecute Criminal and Civil Information, Indictments and Claims against everybody! Hate Crime Act Treason

— YAHWEH —

Dated 12-5-2018

Anthony L. Moore
#898246

6(a)

I Command for a 7th Amendment Speedy Jury Trial and for Injunction and an Permanent Temporary Restraining Order with an exigent Declatory Judgment Order to be Entered, granted against F.D.O.C., Ex-F.B.I. Agents, Almanac, Medical Services Inc and for the Clerk to receive all of Southern District of Florida Patricia A. Seitz Court documents 501, 502, 503, 504 to be filed for payments of Debts in $777,000 Zillion, Trillion, Sextillion & Zillions 31 U.S.C.S. §§ 5102, 5103, 5111(a)(1),(2),(3)(A)(b)(c)(1)(2)(A)(B)(3)(A)(B)(4)(d)(1)(2)(3) - 5119(a),(b)(1)(A),(B),(C),(D),(E)(2)(A),(B)(C)(1)(A)(B)(2)(d), 5133.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 5th day of December, 2018.

SOVEREIGN ROYAL KING
—YAHWEH—
ANTHONY LIETURE MOORE

*Anthony L. Moore*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 5th day of December, 2018.